# EXHIBIT 3

**IN THE CIRCUIT COURT FOR HOWARD COUNTY, MARYLAND**

| | | |
|---|---|---|
| PHI HEALTH, LLC, | * | |
| Plaintiff, | * | |
| -v- | * | Case No.: C-13-cv-25-000499 |
| OPTIMUM CHOICE, INC., d/b/a UNITED HEALTHCARE, | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**NOTICE OF NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that on this 17th day of July, 2025, Defendant Optimum Choice, Inc., d/b/a United Healthcare ("Defendant") removed this action to the United States District Court for the District of Maryland by filing a Notice of Removal in that Court pursuant to 28 U.S.C. § 1331. A copy of the Notice of Removal and accompanying documents are attached hereto as **Exhibit "A".** Accordingly, and pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further unless and until this case is remanded.

Dated: July 17, 2025

Respectfully Submitted,

*/s/ Sat Nam S. Khalsa*

Sat Nam S. Khalsa (Atty ID 1812120127)
ROBINSON & COLE LLP
1201 Pennsylvania Avenue NW
Suite 820
Washington, DC 20004
Tel: (771) 213-5650
Fax: (771) 213-5651
Email: skhalsa@rc.com
*Attorney for Defendant Optimum Choice, Inc. d/b/a United Healthcare*

To: Aidan F. Smith, Esq. (via MDEC)
Ryan J. Carter (via MDEC)
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
*Attorneys for Plaintiff, PHI Health LLC*

**RULE 20-201 CERTFICATE**

I, Sat Nam S. Khalsa, certify that this submission does not contain any restricted information.

Dated: July 17, 2025

/s/ *Sat Nam S. Khalsa*
Sat Nam S. Khalsa

**IN THE CIRCUIT COURT FOR HOWARD COUNTY, MARYLAND**

| | | |
|---|---|---|
| PHI HEALTH, LLC, | * | |
| Plaintiff, | * | |
| -v- | * | Case No.: C-13-cv-25-000499 |
| OPTIMUM CHOICE, INC., d/b/a UNITED HEALTHCARE, | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**CERTIFICATE OF SERVICE**

I, Sat Nam S. Khalsa, hereby certify that on July 17, 2025, I caused to be served a copy of the Notice of Notice of Removal with Exhibit A in the above-referenced matter via electronic filing by the MDEC system on all persons entitled to service.

Dated: July 17, 2024

/s/ *Sat Nam S. Khalsa*
Sat Nam S. Khalsa